IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES FLEMING,** | : | Civil No. 1:21-CV-00385 |
| Petitioner, | : | |
| v. | : | |
| **SCOTT FINLEY, et al.,** | : | |
| Respondents. | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, in accordance with the Court's accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Petitioner's objection to the report and recommendation of the magistrate judge (Doc. 11) is **OVERRULED**;

2. The report and recommendation of the magistrate judge (Doc. 10) is **ADOPTED** in its entirety;

3. Petitioner's request for class certification and petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 (Doc. 1) are **DENIED**; and

4. The Clerk of Court is **DIRECTED** to close this case.

       *s/Sylvia H. Rambo*
      SYLVIA H. RAMBO
      United States District Judge

Dated: August 25, 2021